

ON PETITION FOR REHEARING AND PETITION FOR RE-HEARING EN BANC

Before JONES, GEWIN and CLARK, Circuit Judges.

PER CURIAM:

The opinion originally issued in this case, 434 F.2d 1040, is hereby withdrawn and the following opinion is substituted therefor:

Judgment affirmed. See Local Rule 21.[1]

The Petition for Rehearing is denied and the Court having been polled at the request of one of the members of the Court and a majority of the Circuit Judges who are in regular active service not having voted in favor of it, (Rule 35 Federal Rules of Appellate Procedure; Local Fifth Circuit Rule 12) the Petition for Rehearing En Banc is also denied.

———————

Edward J. Witten, Court Appointed, Jacksonville, Fla., for defendant-appellant.

John L. Briggs, U. S. Atty., Jacksonville, Fla., for plaintiff-appellee.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[**]

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Harold Wayne GLASBY, Defendant-Appellant.**

No. 30958

Summary Calendar.[*]

United States Court of Appeals, Fifth Circuit.

April 9, 1971.

**Philip Douglas SHIELDS, Appellant,**

v.

**Dr. E. P. KUNKEL et al., Appellees.**

No. 24215.

United States Court of Appeals, Ninth Circuit.

May 10, 1971.

---

[1]. See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).

[*] Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

[**] See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.